854

## Commonwealth *v.* Smith, Appellant.

Submitted March 8, 1971. *John R. Walker,* Assistant Public Defender, and *Blake E. Martin,* Public Defender, for appellant; *Edwin D. Strite, Jr.,* First Assistant District Attorney, and *Jay L. Benedict,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Smith, Appellant.

Argued March 19, 1971. *Norman Ashton Klinger,* for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, with him *William T. Nicholas,* Executive Assistant District Attorney, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., absent.

## Commonwealth *v.* Smith, Appellant.

Submitted March 15, 1971. *Joseph R. Siegert,* for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,*

Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Smith, Appellant.

Submitted March 16, 1971. *Jonathan Miller* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *Deborah E. Glass* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Smith, Appellant.

Submitted March 22, 1971. *Neil Carver,* for appellant; *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.